AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barbour, Jr., William H. | U S District Court | 07/15/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge, Senior Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

501 East Court Street, Suite 4.550
Jackson, MS 39201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Financial Institution (Liability of       as borrower) | Mortgage on Real Estate | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. STOCKS AND BONDS (1 - 20) | | | | | | | | | |
| 2. -Mobil Oil (common) | A | Dividend | J | T | | | | | |
| 3. -Citibank Deposit Program-formerly SB Money fund | A | Interest | L | T | | | | | |
| 4. RJ-Bank Deposit Program-JTWROS | A | Interest | M | T | | | | | |
| 5. -Capital World Growth and Income Fund (American funds) | B | Dividend | K | T | | | | | |
| 6. -Europacific Growth Fund (American Funds) | A | Dividend | K | T | | | | | |
| 7. -Income Fund of America (American Funds) | B | Dividend | K | T | | | | | |
| 8. -New Perspective Fund (American Funds) | A | Dividend | K | T | | | | | |
| 9. -Miss. Dev. BK - Bond | B | Interest | L | T | | | | | |
| 10. -Miss. Cap. Imp. - Bond | C | Interest | | | Sold | 11/01/11 | K | | |
| 11. -USM Bldg CRP Rev. - Bond | B | Interest | L | T | | | | | |
| 12. -MS St RFDG - NTS-Bond | B | Interest | K | T | | | | | |
| 13. -Kayne Anderson Energy Total Return Fund | B | Dividend | K | T | | | | | |
| 14. -American Electric Power Co | B | Dividend | K | T | | | | | |
| 15. -Kimberly Clark Corp | B | Dividend | K | T | | | | | |
| 16. -Southern Co | B | Dividend | K | T | | | | | |
| 17. -Templeton Global Bond Fd CL C | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MS Dev BK Spl Oblig | B | Interest | K | T | | | | | |
| 19. I Shares MSCI Brazil Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 20. I Shares MSCI South Korea Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 21. I Shares MSCI South Africa Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 22. I Shares TR Dow Jones Select Dividend Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 23. I Shares Cohen & Steers Realty Majors | A | Dividend | J | T | Buy | 04/05/11 | J | | |
| 24. I Shares Trust S & P MidCap Value Index Fund | A | Dividend | J | T | Buy | 04/05/11 | J | | |
| 25. I Shares MSCI France Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 26. I Shares Emerging Markets Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 27. I Shares MSCI Australia Index Fund | A | Dividend | J | T | Buy | 09/02/11 | J | | |
| 28. REAL ESTATE (Items 28-33): | | | | | | | | | |
| 29. -Land #1, Yazoo County, MS | C | Rent | L | W | | | | | |
| 30. -Land #2, Yazoo City, MS - 1/2 interest | | None | K | W | | | | | |
| 31. -Land #2, Yazoo City, MS remaining 1/2 interest | | None | K | W | | | | | |
| 32. -RESIDENTIAL SUBDIVISION #1 (See expl. Section VIII): | | | | | | | | | (See note 25 & 26) |
| 33. -Subdiv #1: | | None | N | W | | | | | (See note 25 & 26) |
| 34. INDIVIDUAL RETIREMENT ACCOUNTS #1,2,3 (Items 34-72): | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Rollover Acct-Brokerage Account #1 (35-49) | | | | | | | | | |
| 36. -AT & T, Inc. (formerly Bell South)- (common) | B | Dividend | K | T | | | | | |
| 37. -American Electric Power Co., Inc. | A | Dividend | K | T | | | | | |
| 38. -Regions Financial Corp (AmSouth) (common) | A | Dividend | K | T | | | | | |
| 39. -Southern Co | A | Dividend | K | T | | | | | |
| 40. -Goldman Sachs Capital Growh Fund | A | Dividend | K | T | | | | | |
| 41. -Citibank Deposit Program | A | Interest | J | T | | | | | |
| 42. -Franklin Income fund | C | Dividend | K | T | | | | | |
| 43. -Legg Mason Opportunity Tr Primary Class | A | Dividend | J | T | | | | | |
| 44. -Legg Mason Value Trust | A | Dividend | J | T | | | | | |
| 45. -Lord Abbett International Core Equity Fd | A | Dividend | J | T | | | | | |
| 46. -Bank of America (common) | A | Dividend | J | T | | | | | |
| 47. -Johnson & Johnson (common) | A | Dividend | K | T | | | | | |
| 48. -Microsoft (common) | A | Dividend | J | T | | | | | |
| 49. IRA Managed Rollover-Brokerage Account #2 (49-55 ): | | | | | | | | | (See note 42-48 ) |
| 50. -American Balanced Fd CL A | C | Dividend | M | T | | | | | |
| 51. Wells Fargo Adv Asset Alloc Fd (name change from Evergreen) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Washington Mutual Investors Fd CL A | C | Dividend | M | T | | | | | |
| 53. -Citibank Bank Deposit Program | | None | J | T | | | | | |
| 54. -Wells Fargo Advantage Emerging Mkts Growth Fund | A | Dividend | L | T | | | | | |
| 55. -Wells Fargo Diversified Income Builder | B | Dividend | K | T | | | | | |
| 56. IRA Rollover-Brokerage Account #3 (56-72): | | | | | | | | | (See Note 56-72) |
| 57. -IShares TR S & P 500 Index Fund | A | Dividend | J | T | | | | | |
| 58. -IShares S & P 500 Growth Index Fund | A | Dividend | L | T | Sold (part) | 09/02/11 | J | A | |
| 59. Dreyfus Liquid Assets, Inc. | | None | J | T | | | | | |
| 60. -IShares S & P 500 Value Index Fund | B | Dividend | L | T | Sold (part) | 09/02/11 | J | A | |
| 61. -IShares TR MSCI EAFE Index Fd | A | Dividend | J | T | Sold (part) | 09/02/11 | J | A | |
| 62. -IShares Trust S & P Midcap 400 Growth Index Fd Sym: IJK | A | Dividend | J | T | | | J | A | |
| 63. -IShares TR Russell 2000 Value Index Fd | A | Dividend | J | T | Sold (part) | 09/02/11 | J | A | |
| 64. -IShares TR Russell 2000 Growth Fd Sym: IWO | A | Dividend | K | T | Sold (part) | 09/02/11 | J | A | |
| 65. -IShares Trust S & P Midcap Value Index Fd | A | Dividend | J | T | | | | | |
| 66. -IShares MSCI Canada Index Fd | A | Dividend | J | T | Sold (part) | 09/02/11 | J | A | |
| 67. -IShares MSCI BRIC Indexs Fd | A | Dividend | J | T | | | | | |
| 68. -IShares MSCI Germany Index Fd | A | Dividend | J | T | Buy (add'l) | 09/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares MSCI Emerging Market Index Fd | A | Dividend | J | T | | | | | |
| 70. -IShares TR S & P MidCap 400 Index Fd | A | Dividend | J | T | | | | | |
| 71. -IShares Russell 2000 Value Index Fd | A | Dividend | J | T | | | | | |
| 72. -IShares Russell 2000 Growth Index Fd | A | Dividend | J | T | | | | | |
| 73. OIL AND GAS INTERESTS (73 - 107 ): | | | | | | | | | (See Note 73-107) |
| 74. -#1-Marathon Oil Co. & Citgo, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 75. -#2-Sohio Pet Co., Franklin Parish, LA | | None | J | W | | | | | |
| 76. -#3-Marathon Oil Co., Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 77. -#4- Placid Oil Co., Warren County, MS | | None | J | W | | | | | |
| 78. -#5 Pursue Energy Corp (was Shell Oil Co) Rankin County, MS | C | Royalty | J | W | | | | | |
| 79. -#6-US Trading Co., Madison Parish & Richland Parish, LA | | None | J | W | | | | | |
| 80. -#7-McGowan Working Partners, Yazoo County, MS | A | Royalty | J | W | | | | | |
| 81. -#8-Pennzenergy (was Pennzoil Exp & Prod Co., Yazoo Co., MS) | | None | J | W | | | | | |
| 82. -#9-TXP Op Co., Yazoo County, MS | | None | J | W | | | | | |
| 83. -#10-Shell Western E & P, Lincoln County, MS | | None | J | W | | | | | |
| 84. -#11-Pennzoil Exp & Prod Co, Yazoo County, MS | | None | J | W | | | | | |
| 85. -#12-Petro-Hunt Bovina Field, Warren Co., MS | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -#13-Jefcoat, Yazoo Co., MS | | None | J | W | | | | | |
| 87. -#14-Bruxoil, Clay Co, MS | A | Royalty | J | W | | | | | |
| 88. -#15-Chevron USA, Claiborne Parish, LA | | None | J | W | | | | | |
| 89. -#16-Coho Resources, Jasper Co, MS | | None | J | W | | | | | |
| 90. -#17-Denbury On Shore LLC (was Denbury Resources )Jasper Co | G | Royalty | L | W | | | | | Clark, Lincoln, Pike Co MS |
| 91. -#18-D & S Oil & Gas, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 92. -#19-Devon Energy, Yazoo Co, MS; Bossier Parish, LA | | None | J | W | | | | | |
| 93. -#20-EOTT Energy, Jasper & Smith Co,. MS | | None | J | W | | | | | |
| 94. -#21-Ergon, Madison & Yazoo Co., MS | | None | J | W | | | | | |
| 95. -#22-Fina Oil, Claiborne Parish, LA | | None | J | W | | | | | |
| 96. -#23-Hassie Hunt Exploration, Yazoo Co,. MS | A | Royalty | J | W | | | | | |
| 97. -#24-J.P. Oil, Linbcoln & Pike Co,MS | A | Royalty | J | W | | | | | |
| 98. -#25-McGowan Oil Working Partners, Yazoo Co., MS | A | Royalty | J | W | | | | | |
| 99. -#26-Marathon Oil, Claiborne Parish, LA | A | Royalty | J | W | | | | | |
| 100. -#27-Shell Oil Co., Pike Co., MS | A | Royalty | J | W | | | | | |
| 101. -#28-Spooner Petroleum, Jasper Co,. MS | A | Royalty | J | W | | | | | |
| 102. -#29-St Mary Land & Exploration, Claiborne Parish, LA | A | Royalty | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -#30-Pennzenergy, Yazoo Co, MS | A | Royalty | K | W | | | | | |
| 104.  -#31 Tecton Energy, LLC; Choctaw Co AL | A | Royalty | J | W | | | | | |
| 105.  -#32 XTO Energy, Inc | A | Royalty | J | W | | | | | |
| 106.  -#33 EOG Resources, Inc. | E | Royalty | L | W | | | | | |
| 107.  -#34 EOG Resources, Inc. | B | Rent | J | W | | | | | |
| 108.  LAND, Humphreys Co., MS (LLC) | | None | N | W | | | | | |
| 109.  Residential Real Estate-Hinds Co, MS | | None | | | Sold | 08/17/11 | M | | Brian Johnson (Note 109) |
| 110.  ASSETS ░░░ (110 - 233): | | | | | | | | | (See note lines 110-233) |
| 111.  -Residential Real Estate - Cleburne Co, AR | | None | N | W | | | | | |
| 112.  -Residential Real Estate - Shelby Co., TN | | None | N | W | | | | | |
| 113.  ░░░ TRUST - Brokerage Account (104 - 108): | | | | | | | | | |
| 114.  -Bank Deposit Program- Raymond James Bank, FSB | A | Int./Div. | K | T | | | | | |
| 115.  -Capital World Growth & Income Fd CL F1-American N/L | B | Dividend | K | T | | | | | |
| 116.  -Columbia Marisco Growth Fd CL A M/F | | None | K | T | | | | | |
| 117.  -Washington Mutual Investors Fd CL F1-American N/L | B | Dividend | K | T | | | | | |
| 118.  ░░░ STOCKS & BONDS- Brokerage R Account (118 - 120 ) | | | | | | | | | |
| 119.  -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Longleaf Partners Fund N/L | A | Dividend | J | T | | | | | |
| 121. ____ IRA #1- Brokerage Account R (121 -137): | | | | | | | | | |
| 122. -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 123. -First Horizon Natl Corp | A | Interest | J | T | | | | | |
| 124. -Enterprise Products Partners LP | B | Dividend | K | T | | | | | |
| 125. -Calamos Growth Fd CL A | | None | J | T | | | | | |
| 126. -Calamos Growth Fund CL C | | None | J | T | | | | | |
| 127. -Longleaf Partners Fd | A | Dividend | K | T | | | | | |
| 128. -Prudential Large Cap Core Equipment Fd CL A | A | Dividend | J | T | Sold (part) | 06/02/11 | J | A | |
| 129. -GE Capital Corp MTN | A | Interest | J | T | | | | | |
| 130. -John Hancock Life Insurance Co MTN | A | Interest | J | T | | | | | |
| 131. -Lehman Brothers Holdings, Inc. MTN ISIN | A | Interest | | | Sold | 04/05/11 | J | A | |
| 132. -Sears Roebuck Acceptance Corp NTS | A | Interest | | | Sold | 08/15/11 | J | A | |
| 133. -NY Telephone Debenture | A | Interest | J | T | | | | | See Note Line #133 |
| 134. -Health Care REIT, Inc. PFD Ser D Cum | B | Interest | K | T | | | | | |
| 135. The Goldman Sachs Group, Inc. | B | Interest | K | T | Buy | 08/18/11 | K | | |
| 136. -Public Storage, Inc. Cum Pfd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Bank of America Corp MTN | B | Interest | K | T | Buy | 08/18/11 | J | | |
| 138.  ___ IRA #2 - Brokerage Account R (138 - 152): | | | | | | | | | |
| 139.  -Bank Deposit Program-Raymond James Bank, FSB | A | Interest | K | T | | | | | |
| 140.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | N | T | | | | | |
| 141.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 01/25/11 | K | A | |
| 142.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 02/11/11 | K | A | |
| 143.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 02/16/11 | K | A | |
| 144.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 02/23/11 | K | A | |
| 145.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 03/11/11 | K | A | |
| 146.  -Lord Abbett Short Duration Income Fd CL A M/F | A | Int./Div. | | | Sold (part) | 06/3/11 | K | A | |
| 147.  -Lord Abbett Floating Rate Fd CL A M/F | A | Int./Div. | | | Buy | 01/25/11 | K | | |
| 148.  -Lord Abbett Fundamental Equity Fund CL A M/F | A | Int./Div. | | | Buy | 02/11/11 | K | | |
| 149.  -Lord Abbett Fundamental Equity Fund CL A M/F | A | Int./Div. | | | Buy (add'l) | 03/11/11 | K | | |
| 150.  -Lord Abbett Fundamental Equity Fund CL A M/F | A | Int./Div. | | | Buy (add'l) | 06/03/11 | K | | |
| 151.  -Lord Abbett Classic Stock Fund CL A M/F | A | Dividend | | | Buy | 02/16/11 | K | | |
| 152.  -Lord Abbett Classic Stock Fund CL A M/F | A | Dividend | | | Buy (add'l) | 02/23/11 | K | | |
| 153.  ___ IRA #3 - Brokerage M Account (153 - 233): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Cash & Margin -bank | A | Interest | K | T | | | | | |
| 155.  -Dodge & Cox Income | D | Int./Div. | M | T | | | | | |
| 156.  -Dodge & Cox Income | C | Int./Div. | L | T | Sold (part) | 04/06/11 | J | A | |
| 157.  -Dodge & Cox Income | C | Int./Div. | L | T | Sold (part) | 06/08/11 | J | A | |
| 158.  -Dodge & Cox Income | C | Int./Div. | L | T | Sold (part) | 09/26/11 | K | D | |
| 159.  -Dodge & Cox Income | C | Int./Div. | L | T | Buy (add'l) | 12/9/11 | L | | |
| 160.  -Invesco International Growth A | | None | K | T | Sold (part) | 02/10/11 | J | A | |
| 161.  -Invesco International Growth A | | None | | | Sold (part) | 12/13/11 | J | A | |
| 162.  -Invesco International Growth A | | None | | | Sold (part) | 04/08/11 | J | A | |
| 163.  -Invesco International Growth A | | None | | | Sold (part) | 06/10/11 | J | A | |
| 164.  -Invesco International Growth A | | None | | | Sold (part) | 09/26/11 | K | D | |
| 165.  -Cullen High Dividend Equity I | B | Dividend | M | T | | | | | |
| 166.  -Cullen High Dividend Equity I | | | | | Sold (part) | 02/10/11 | J | A | |
| 167.  -Cullen High Dividend Equity I | | | | | Sold (part) | 04/08/11 | J | A | |
| 168.  -Cullen High Dividend Equity I | | | | | Sold (part) | 06/10/11 | J | A | |
| 169.  -Cullen High Dividend Equity I | | | | | Sold (part) | 12/13/11 | J | A | |
| 170.  -Cullen High Dividend Equity I | | | | | Sold (part) | 09/26/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Eaton Vance Atlanta CAP SMID CAP Fund I | | None | L | T | | | | | |
| 172. -Eaton Vance Atlanta CAP SMID CAP Fund I | | | | | Sold (part) | 02/10/11 | J | A | |
| 173. -Eaton Vance Atlanta CAP SMID CAP Fund I | | | | | Sold (part) | 04/08/11 | J | A | |
| 174. -Eaton Vance Atlanta CAP SMID CAP Fund I | | | | | Sold (part) | 06/10/11 | J | A | |
| 175. -Eaton Vance Atlanta CAP SMID CAP Fund I | | | | | Sold (part) | 09/26/11 | K | A | |
| 176. -Eaton Vance Atlanta CAP SMID CAP Fund I | | | | | Sold (part) | 12/13/11 | L | A | |
| 177. -RS Value Fund | A | Dividend | L | T | | | | | |
| 178. -RS Value Fund | | | | | Sold (part) | 02/08/11 | J | A | |
| 179. -RS Value Fund | | | | | Sold (part) | 04/06/11 | J | A | |
| 180. -RS Value Fund | | | | | Sold (part) | 06/08/11 | J | A | |
| 181. -TCW Growth Equity I | | None | L | T | | | | | |
| 182. -TCW Growth Equity I | | | | | Sold (part) | 02/08/11 | J | A | |
| 183. -TCW Growth Equity I | | | | | Sold (part) | 04/06/11 | J | A | |
| 184. -TCW Growth Equity I | | | | | Sold (part) | 06/08/11 | J | A | |
| 185. -TCW Growth Equity I | | | | | Sold (part) | 09/26/11 | K | D | |
| 186. -Thornburg International Value Fd CL I | A | Dividend | L | T | | | | | |
| 187. -Thornburg International Value Fd CL I | | | | | Sold (part) | 02/10/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Thornburg International Value Fd CL I | | | | | Sold (part) | 04/08/11 | J | A | |
| 189. -Thornburg International Value Fd CL I | | | | | Buy (add'l) | 09/26/11 | J | | |
| 190. -Thornburg International Value Fd CL I | | | | | Sold (part) | 12/13/11 | L | A | |
| 191. -Victory Focused Growth Fd A | | None | M | T | | | | | |
| 192. -Thornburg Investment Income Builder Fd I | D | Dividend | M | T | | | | | |
| 193. -Thornburg Investment Income Builder Fd I | | | | | Sold (part) | 02/10/11 | J | A | |
| 194. -Thornburg Investment Income Builder Fd I | | | | | Buy | 12/13/11 | L | | |
| 195. -Thornburg Investment Income Builder Fd I | | | | | Sold (part) | 04/08/11 | J | A | |
| 196. -Thornburg Investment Income Builder Fd I | | | | | Sold (part) | 06/10/11 | J | A | |
| 197. -FPA New Income Inc | B | Dividend | K | T | | | | | |
| 198. -FPA New Income Inc | | | | | Sold (part) | 04/08/11 | J | A | |
| 199. -FPA New Income Inc | | | | | Sold (part) | 06/10/11 | J | A | |
| 200. -FPA New Income Inc | | | | | Sold (part) | 09/26/11 | K | A | |
| 201. -FPA Crescent Fd | B | Dividend | L | T | | | | | |
| 202. -FPA Crescent Fd | | | | | Sold (part) | 04/06/11 | J | A | |
| 203. -FPA Crescent Fd | | | | | Sold (part) | 06/08/11 | J | A | |
| 204. -FPA Crescent Fd | | | | | Sold (part) | 12/13/11 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbour, Jr., William H. | 07/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -FPA Crescent Fd | | | | | Sold (part) | 02/08/11 | J | A | |
| 206. -FPA Crescent Fd | | | | | Buy (add'l) | 09/26/11 | K | | |
| 207. -Alpha Hedged Strategies Fd Hatteras Fund | A | Dividend | L | T | | | | | |
| 208. -Alpha Hedged Strategies Fd Hatteras Fund | | | | | Sold (part) | 02/08/11 | J | A | |
| 209. -Alpha Hedged Strategies Fd Hatteras Fund | | | | | Sold (part) | 04/06/11 | J | A | |
| 210. -Alpha Hedged Strategies Fd Hatteras Fund | | | | | Sold (part) | 06/08/11 | J | B | |
| 211. -Alpha Hedged Strategies Fd Hatteras Fund | | | | | Sold (part) | 06/28/11 | J | A | |
| 212. -IVY Asset Strategy Fd CL A | | None | L | T | | | | | |
| 213. -IVY Asset Strategy Fd CL A | | | | | Sold (part) | 04/08/11 | J | A | |
| 214. -IVY Asset Strategy Fd CL A | | | | | Sold (part) | 06/10/11 | L | A | |
| 215. -IVY Asset Strategy Fd CL A | | | | | Buy (add'l) | 09/26/11 | J | | |
| 216. -IVY Asset Strategy Fd CL A | | | | | Sold (part) | 12/06/11 | J | A | |
| 217. -IVY Asset Strategy Fd CL A | | | | | Sold (part) | 12/13/11 | L | A | |
| 218. -Victory Large CAP Growth Fd A | | | | | Buy | 09/26/11 | K | | |
| 219. -Victory Large CAP Growth Fd A | | | | | Sold (part) | 06/08/11 | J | A | |
| 220. -Victory Large CAP Growth Fd A | | | | | Sold (part) | 04/06/11 | J | A | |
| 221. -Victory Large CAP Growth Fd A | | | | | Sold (part) | 02/08/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS –– income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -PIMCO Unconstrained Bond Fd | | None | L | T | Buy | 12/08/11 | L | | |
| 223. -Federated Strategic Value Fd | C | Dividend | L | T | Buy | 12/13/11 | L | | |
| 224. -LATEEF Fund | | None | M | T | Buy | 12/08/11 | M | | |
| 225. -Thomas White International Fund | A | Dividend | K | T | Buy | 12/13/11 | K | | |
| 226. -Hatteras Long Short Debt I | | None | K | T | Buy (add'l) | 12/09/11 | K | | |
| 227. -Hatteras Long Short Debt I | | None | K | T | Buy | 06/28/11 | K | | |
| 228. -Hatteral Long Short Debt I | | None | K | T | Sold (part) | 09/26/11 | J | A | |
| 229. Hatteras Long Short Equity I | | None | L | T | Buy (add'l) | 12/09/11 | J | | |
| 230. Hatteras Long Short Equity I | | None | L | T | Buy | 06/28/11 | K | | |
| 231. Hatteras Long Short Equity I | | None | L | T | Buy (add'l) | 09/26/11 | K | | |
| 232. IVA Worldwide I | | None | L | T | Buy | 12/09/11 | M | | |
| 233. Mutual Hedge Frontier Legends I | | None | J | T | Buy | 09/26/11 | L | | |
| 234. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 19

Name of Person Reporting

Barbour, Jr., William H.

Date of Report

07/15/2012

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VIII.

Lines 32 and 33 show the unsold lots in my Residential Subdivision at the end of the reporting period with an estimated value for those unsold lots on Line 26. There will be no income produced by the reamining lots in inventory unless and until they are sold.

Line 49-55; This is a second IRA rollover account held at a brokerage house. It was opened after the partial sale of 1st American stock that was made in the first IRA rollover account. I have a money manager who invests this account, thus, it is designated "IRA Managed Rollover".

Lines 56 - 72- This is a third IRA account held at a brokerage house. It was opened January 2005 with a transfer of funds from IRA #2.

Lines 73- 107 - As I have noted for several years, I may own oil and gas interests which I inherited or obtained otherwise and of which I have no records. All income-producing interests have been included in my reports. As leasing occurs, I add them to my report.

Note: Line #109: Secondary Residential Real Estate sold on 8/17/11 was inadvertently not listed in prior years' FDr Reports.

Note: Lines 110-233. I married during the first six months of 2009. During 2009 I did not have information on the assets and liabilities of my wife and therefore they were
not included in my 2009 FDR.           assets(Assets 110-233) and mortgage liability (Section VI) are included in this 2011 FDR.

Note Line #133: NY Telephone Debenture was purchased in           IRA prior to 2011 and was inadvertently not listed on 2010 FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William H. Barbour, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544